# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **DENA C. SMITH COCHRAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-cv-00147 |
| | ) | Reeves/Guyton |
| **MONUMENTAL LIFE INSURANCE CO.,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Come the parties, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and announce to the Court that each stipulates to the dismissal of the Complaint with prejudice. Each party agrees to bear its own attorneys' fees and discretionary costs associated with this matter.

Respectfully submitted this 27th day of June, 2014.

/s/Jay W. Mader
Jay W. Mader, BPR #016199
Arnett, Draper & Hagood
800 S. Gay St., Suite 2300
Knoxville, Tennessee 37929
(865) 564-7500
*Attorney for Plaintiff Dena C. Smith Cochran*

/s/John E. Winters
John E. Winters, BPR #016345
KRAMER RAYSON LLP
P. O. Box 629
Knoxville, TN 37901-0629
(865) 525-5134
*Counsel for Defendant Monumental Life Insurance Co.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 27th day of June, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may gain access to this filing through the Court's electronic filing system.

                                    s/ John E. Winters
                                    John E. Winters (BPR #016345)

2

Case 3:12-cv-00147-PLR-HBG   Document 16   Filed 06/27/14   Page 2 of 2   PageID #: 111